**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.,<br><br>Defendants. | C.A. No. 24-1136-GBW |

**MODERNA'S MOTION TO COMPEL PLAINTIFFS TO SUPPLEMENT THEIR
INITIAL INFRINGEMENT CONTENTIONS**

Pursuant to Fed. R. Civ. P. 37(a)(1), Defendant Moderna, Inc. ("Moderna") hereby moves the Court for an Order compelling Plaintiffs Glaxosmithkline Biologics SA, and Glaxosmithkline LLC (collectively "Plaintiffs") to 1) provide complete and compliant initial infringement contentions with regard each and every asserted claim element, including with regard to the terms to "liposome," "lipid particle," and "cationic lipid" claim elements, and 2) provide complete and compliant initial infringement contentions with regard to Plaintiffs' DOE theories.

Pursuant to the Court's Order Appointing Special Master Monte T. Squire (D.I. 93) and Special Master Order #1 (C.A. No. 24-cv-01135, D.I. 93), only this Motion, a [Proposed] Order, and Moderna's five-page letter brief and attachments are being sent directly to the Special Master and served on counsel for all parties.

Dated: September 16, 2025

OF COUNSEL:

William A. Rakoczy
Deanne M. Mazzochi
Eric R. Hunt
Heinz J. Salmen
Neil B. McLaughlin, Ph.D.
Katie A. Boda
Conly S. Wythers
Greg L. Goldblatt, Ph.D.
Adrianne C. Rose
Sarah M.L. Wilkening
Alejandro V. Hernandez
RAKOCZY MOLINO MAZZOCHI
SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

Respectfully submitted,

FARNAN LLP

 /s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Moderna, Inc.,
ModernaTX, Inc., and Moderna US, Inc.*