# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.,<br><br>Defendants. | C.A. No. 24-1136 (GBW)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 18, 2025, true and correct copies of Plaintiff Opening Claim Construction Brief were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
William A. Rakoczy
Deanne M. Mazzochi
Eric R. Hunt
Heinz J. Salmen
Neil B. McLaughlin, Ph.D.
Adrianne C. Rose
Katie A. Boda
Greg L. Goldblatt, Ph.D.
Alejandro V. Hernandez
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654

1

| | |
|---|---|
| OF COUNSEL:<br><br>John Desmarais<br>Kerri-Ann Limbeek<br>Michael E. Furrow<br>Karl Mullen<br>jdesmarais@desmaraisllp.com<br>klimbeek@desmaraisllp.com<br>mfurrow@desmaraisllp.com<br>kmullen@desmaraisllp.com<br>DESMARAIS LLP<br>230 Park Ave.<br>New York, NY 10169<br>(212) 351-3400<br><br>Justin P. D. Wilcox<br>David J. Shaw<br>Thomas J. Derbish<br>Rebecca A. Lindhorst<br>Eric Speckhard<br>Jamie Dohopolski<br>jwilcox@desmaraisllp.com<br>dshaw@desmaraisllp.com<br>tderbish@desmaraisllp.com<br>rlindhorst@desmaraisllp.com<br>especkhard@desmaraisllp.com<br>jdohopolski@desmaraisllp.com<br>DESMARAIS LLP<br>1899 Pennsylvania Ave., NW, Suite 400<br>Washington, D.C. 20006<br>(202) 451-4900<br><br>Ada Locke<br>alocke@desmaraisllp.com<br>DESMARAIS LLP<br>101 California St., Suite 3000<br>San Francisco, CA 94111<br>(415) 573-1900<br><br>Dated: December 18, 2025 | /s/ Sara M. Metzler<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC* |