**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., <br><br> Defendants. | C.A. Nos. 24-cv-1135-GBW <br> 24-cv-1136-GBW <br><br> **JURY TRIAL DEMANDED** |

## SPECIAL MASTER ORDER #7

1.      As set forth in the Joint Motion for Teleconference to Resolve Discovery Disputes dated and emailed to the Special Master on August 11, 2026, the parties have met and conferred, and the following dispute is set for handling by the Special Master:

- Whether Moderna should be compelled to narrow its prior art invalidity contentions to no more than 40 total prior art references and no more than 100 total prior art arguments (as defined in *Ethicon LLC v. Intuitive Surgical, Inc.*, No. 17-871, D.I. 68 at 1 n.1 (D. Del. Jan. 9, 2018)) in Moderna's final invalidity contentions for each action across the 30 asserted claims in each action.

2.      Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC (collectively, "GSK") shall proceed as the moving party and Defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc. (collectively, "Moderna") shall proceed as the non-moving party.

3.      The Special Master will hold a hearing on the above-listed disputes on

**Thursday, August 27, 2026 at 2:00 p.m. Eastern**. The hearing will be held via Zoom videoconference. The Special Master will provide a link to counsel for the videoconference hearing. A court reporter will be present. In preparation for the hearing, the parties shall submit briefing as follows:

a. The moving party shall serve a single opening letter brief of no more than five (5) pages outlining the issues in dispute and its position on those issues. The opening letter brief shall be emailed to the Special Master and all counsel of record by no later than **5 p.m. Eastern on Tuesday, August 18, 2026**. Along with its opening letter brief, the moving party shall also serve via email to the Special Master and all counsel of record a formal motion and proposed form of order setting forth the precise relief sought.

b. The non-moving party may serve a single answering letter brief of no more than five (5) pages outlining the reasons for its opposition. The answering letter brief shall be emailed to the Special Master and all counsel of record no later than **5 p.m. Eastern on Monday, August 24, 2026**.

IT IS SO ORDERED.

Dated: August 12, 2026

_/s/ Monté T. Squire_
Special Master Monté T. Squire