**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.,<br><br>Defendants. | C.A. No. 24-cv-1135 (GBW)<br>C.A. No. 24-cv-1136 (GBW) |

**THIRD STIPULATION TO EXTEND TIME AND TO MODIFY THE SCHEDULING ORDERS**

WHEREAS on July 28, 2026, the parties jointly filed a Stipulation To Extend Time in both above-captioned cases[1] ("First Stipulation To Extend Time"),

WHEREAS on July 29, 2026, the Court signed the First Stipulation To Extend Time,

WHEREAS on August 7, 2026, the parties jointly filed a Second Stipulation To Extend Time in both above-captioned cases,[2]

WHEREAS on August 10, 2026, the Court signed the Second Stipulation To Extend Time,

WHEREAS on July 16, 2026, Defendants notified Plaintiffs that they had uncovered a previously unknown processing error by Defendants' e-discovery vendor ("ESI processing issue") that resulted in potentially responsive documents not being promoted for review. Defendants estimate that approximately 15,200 documents that hit on the parties' agreed upon search terms (totaling approximately 44,700 documents when including family members) were not previously reviewed due to that ESI processing issue,

---

[1] C.A. No. 24-cv-1135 (GBW), D.I. 281; C.A. No. 24-cv-1136 (GBW), D.I. 264.
[2] C.A. No. 24-cv-1135 (GBW), D.I. 288; C.A. No. 24-cv-1136 (GBW), D.I. 271.

WHEREAS, as of August 11, 2026, Defendants completed production of approximately 37,000 documents after resolving the ESI processing issue and have served associated privilege logs,

WHEREAS Plaintiffs have been employing best efforts to timely review Defendants' approximately 37,000 documents produced as of August 11, 2026,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that:

1. The following deadlines are modified:

    a. The deadline for Plaintiffs to take the depositions of Stephen Hoge, Christine Shaw, Kerry Benenato, Jason Schrum, Ben Trachtenberg, Said Francis, Luis Brito, Donald Parsons, Hamilton Bennett, Michael Smith, and other Moderna witnesses or third parties impacted by the ESI processing issue is September 25, 2026;

    b. The deadline for the parties to take the deposition of Arbutus Biopharma Corp. is September 25, 2026;

    c. The deadline for Defendants to take the deposition of Nancy Caceras is August 19, 2026;

    d. The deadline for the parties to take the deposition of Gabriel Gamber is September 25, 2026, with Defendants to have 5 hours on the record with Dr. Gamber and Plaintiffs to have 2 hours on the record with Dr. Gamber; and

    e. Subject to FED. R. CIV. P. 26(e), any deadline for the parties to supplement their responses to Interrogatories served prior to the date of this filing, including with new factual information in view of (a) Defendants' documents that have yet to be

produced to Plaintiffs in view of the ESI processing issue as of July 21, 2026 or (b) new information provided in depositions, is September 25, 2026.

2. Nothing herein shall change or modify Paragraphs 1, 4, or 5 of the First Stipulation To Extend Time.

3. The following deadlines set for in the 1135 Scheduling Order[3] are amended:

| EVENT | ORIGINAL DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Defendants disclose final invalidity contentions | 60 days after the Court issues a claim construction order | August 22, 2026 *(no change)* |
| Close of Fact Discovery | July 29, 2026 | July 29, 2026 *(no change)* |
| Close of fact discovery related to ESI processing issue | N/A | September 25, 2026 |
| Parties serve opening expert reports | September 30, 2026 | October 27, 2026 |
| Parties serve rebuttal expert reports | November 12, 2026 | December 3, 2026 |
| Parties serve reply expert reports | December 10, 2026 | January 12, 2027 |
| Close of Expert Discovery | January 29, 2027 | February 5, 2027 |
| Parties file Opening Summary Judgment and *Daubert* Motions | February 17, 2027 | February 25, 2027 |
| Parties file Joint Proposed Pretrial Order | N/A | no later than seven (7) days before the pretrial conference |
| Parties meet and confer to narrow claims and invalidity theories prior to trial | June 14, 2027 | June 14, 2027 *(no change)* |
| Pretrial Conference | July 13, 2027 | July 13, 2027 *(no change)* |
| Trial | July 19, 2027 | July 19, 2027 *(no change)* |

[3] C.A. No. 24-cv-1135 (GBW), D.I. 35.

4. The following deadlines set for in the 1136 Scheduling Order[4] are amended:

| EVENT | ORIGINAL DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Defendants disclose final invalidity contentions | 60 days after the Court issues a claim construction order | August 22, 2026<br>*(no change)* |
| Close of Fact Discovery | July 29, 2026 | July 29, 2026<br>*(no change)* |
| Close of Fact Discovery Related To ESI Processing Issue | N/A | September 25, 2026 |
| Parties serve opening expert reports | September 30, 2026 | October 27, 2026 |
| Parties serve rebuttal expert reports | November 12, 2026 | December 3, 2026 |
| Parties serve reply expert reports | December 10, 2026 | January 12, 2027 |
| Close of Expert Discovery | January 29, 2027 | February 5, 2027 |
| Parties file Opening Summary Judgment and *Daubert* Motions | February 17, 2027 | February 25, 2027 |
| Parties file Joint Proposed Pretrial Order | no later than seven (7) days before the pretrial conference | no later than seven (7) days before the pretrial conference<br>*(no change)* |
| Parties meet and confer to narrow claims and invalidity theories prior to trial | July 16, 2027 | July 16, 2027<br>*(no change)* |
| Pretrial Conference | August 17, 2027 | August 17, 2027<br>*(no change)* |
| Trial | August 23, 2027 | August 23, 2027<br>*(no change)* |

[4] C.A. No. 24-cv-1136 (GBW), D.I. 38.

*/s/ Sara M. Metzler*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC*

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc.*

IT IS SO ORDERED this ____ day of August, 2026.

______________________________
The Honorable Gregory B. Williams